1  Name: Brian G Holtkamp
2  Address: 2624 Freeman Lane
3  Santa Ana Ca 92706
4  Phone: 714 543-2191
5  Fax:
6  In Pro Per
7  Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 13 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PAID

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp

Plaintiff

v.

Mozilla Foundation/Mozilla.org
149 New Montgomery Street
4th Floor
San Francisco, Ca 94105
Defendant(s).

CASE NUMBER: 8:24-cv-01285-JWH-(ADS)

To be supplied by the Clerk of
The United States District Court

Complaint

Request for Preliminary Injunction

CV-126 (09/09)  PLEADING PAGE FOR A COMPLAINT

## Statement of Claim

The Registered Agent info is wrong, the current agent info from sos.ca.gov says Corporate Creations Network Inc. 7801 Folsom blvd. #202 Sacramento, Ca 95826. The address returns Sun Doc Filing, and the agent Jennifer Lee has 7 different claimed alias names. Shows she is current and active with the bar. However it's claimed she is employed by Husch Blackwell with an address that Mozilla uses as well for accepting legal-notices. I had the address verified by the security manager of the San Francisco Sheriff's department. Sheriff's department stated the building is vacant and the company has moved on, to a new location. Also Jennifer Lee has no corolation with Corporate Creations Network Inc. and is not employed by them, nor is one of there agents.

# Statement of Claim

No Internet connection
Destroying 300+ misc devices
Applying MPL 2.0 license
Not allowing to Look four work
Not allowed to apply for work
Supervized PC user
Monitoring use
Control (deciding what I can and can not do)
modifying source code
merged multiple accounts together (my Parents & mine) for additional control

2
Page Number

Statement of Claim

Request this case be transfered to the Northern District so the Venue and Jurisdiction will be Correct.

Mozilla and the Internet Resource Manager have made this case personal. Any and all access to the internet have been taken away from me. Not allowing me to use any type of phone or PC, crashing everything I get in less than an hour and sometimes they don't even turn on. They have unleashed a cyclone of vindictive and malicious furry upon me. A person managing a claimed position of offical function, should not be allowed to let there own opinions bias how those resources can be used. Over 4 yrs now

and ongoing everyday they make the simplest tasks in your daily routine allmost impossible to complete creating bogus copyright issues and selling my personal and private info to entities they partner with. These people enjoy taking a person's life away from them only to control it against there will. The resource manager says and I Quote " I Like doing things to people that the people can not do anything about. Also, and I Quote " I spit in the face of authority ". Also I Quote " I'm gonna tell you exactly what I'm gonna do to you, because there is absolutly nothing you can do about it.

Things they do:

- Taking away EBT (Food Stamps)
- Blocking Internet and tv when I stay at a motel
- Playing games with free public wifi
- No bluetooth connections not even the stereo in my truck
- creating new trouble codes

and deactivating Live monitors on my vehicle so I can't smog test or register my vehicle. taking away any help or feedback, can't file a complaint of any kind. Blocking Phone call support any time they can. Taking away Communication with the FCC, FTC, and FBI (IC3.GOV). Ruin my personal credit and will not allow you to Look for work or apply for a Job. The redirect is Delete employment application and all cashe. The resource manager Likes to see people suffer and taking away free public resources that everyone can use and access.

5

Memorandum of Points and Authorities

Case 8:24-cv-01285-JWH-ADS   Document 1   Filed 06/13/24   Page 6 of 10   Page ID #:6

The actions mozilla is applying to me has made such an extreme impact on my life that I have had to get a psychiatric doctor to help me with the burden and hardships they have forced on me when I go to the doctor for a session, at the end they take my vitals. My blood pressure is so high and unsafe they make me go to the ER till my blood pressure drops because it is life threatening. my doctor says what Mozilla and the Resource manager are doing to me, will probably kill me before I can fix this issue. I have included the latest copy from my doctor, and this is why I'm requesting a preliminary injunction and the relief will indicate a money demand for devices shut off and destroyed for no reason at all Just to be spitefull and because they can and answer to nobody. Also, a money demand for 4 yrs of no internet and the work I found when this issue started, blocking me from messages from the HR dept.

Memorandum of Points and Authorities

# Relief

Access the Internet
Delete all info from the web
Remove all alias name Info
Delete all accounts and personal info from Mozilla.org
Delete all Firefox accounts
Remove all links applied to me and anyone else I know
Remove all the merge Info and damaged caused between my father and I, public accounts
Stop all supervized activity
Stop all control activity
Stop and remove all Lisences that limit use and don't pertain.

Money Demand 30,000
All misc devices destroyed and shut down

Money Demand 300,000
4 yrs no internet access,
Jobs offered to me I could not accept because of there foolish control

Sworn statement

*Brian G Holtkamp* (signature)

Brian G Holtkamp

6-13-2024

**PNS** | **Pacific Neuropsychiatric Specialists**

Costa Mesa, Orange, Huntington Beach, Santa Ana, Mission Viejo

## AGAINST MEDICAL ADVICE (AMA FORM)

This is to certify that I **Brian Holtkamp**, a patient at Pacific Neuropsychiatric Specialists, am refusing at my own insistence and without the authority of and against the advice of my medical provider(s), requesting to leave this office against medical advice.

The medical risks and benefits of my decision have been explained to me by a member of the medical staff and I fully understand and accept those risks.

I hereby release Pacific Neuropsychiatric Specialists, PNS Management, its administration, personnel, and my medical provider (s) from any responsibility for any and all consequences, which may result from my leaving under these circumstances.

**MEDICAL RISKS:**

- [X] Death
- [X] Additional pain and/or suffering
- [ ] Risks to unborn fetus
- [X] Permanent disability/disfigurement
- [X] Hospitalization
- [ ] Other: _____

**MEDICAL BENEFITS:**

- [X] History/physical examination, further additional testing and treatment as indicated.
- [X] Radiological imaging
- [X] Laboratory testing
- [ ] Protentional admission and/or follow-up Medications as indicated for my psychiatric condition or any other medical/psychological concern.

___ Other: _____

Please understand that if you are not compliant with care and medications, we may not be able to treat you in the future with your medical concern.

**Patient Signature** [signature]   **Date** 5-23-2024

**Physician Signature** Adelhie Valean   **Date** 5-23-2024

**Witness** [signature]   **Date** 5-23-2024

Page 9