NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brian G Holtkamp
2624 Freeman Lane
Santa Ana, Ca 92706
714 543-2191

ATTORNEY(S) FOR:



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 13 2024

CENTRAL DISTRICT OF CALIFORNIA
BY DVE         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp

Plaintiff(s),

v.

Mozilla Foundation / Mozilla.org

Defendant(s)

CASE NUMBER:

8:24-cv-01285-JWH (ADS)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Brian G Holtkamp__
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mozilla Foundation / Mozilla.org | Defendant |
| Netscape | ISP |
| Brian G Holtkamp | Plaintiff |
| Richard B Holtkamp | Father |

6-13-2024
Date

Signature: Brian G Holtkamp

Attorney of record for (or name of party appearing in pro per):

Brian G Holtkamp

CV-30 (05/13)              NOTICE OF INTERESTED PARTIES