AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Brian G Holtkamp
_____
Plaintiff(s)

v.

Mozilla Foundation / Mozilla.org
_____
Defendant(s)

Civil Action No. 8:24-cv-01285-JWH-(ADS)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mozilla Foundation / Mozilla.org
149 New Montgomery street 4th floor
San francisco, Ca 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian G Holtkamp
2624 Freeman Lane
Santa Ana, Ca 92706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/13/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

1162