Name: Brian G Holtkamp
Address: 2624 Freeman Lane
Santa Ana, Ca 92706
Phone Number: 714 543-2191
E-mail Address: fasfuccu@gmail.com
Pro Se Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 13 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp

PLAINTIFF(S)

v.

Mozilla Foundation / Mozilla.org

DEFENDANT(S)

CASE NUMBER: 8:24-cv-01285-JWH-(ADSx)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the (Plaintiff/Defendant) **Plaintiff** in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☒ A Computer with internet access.

   ☒ An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word-processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 6-13-2024        Signature: Brian G Holtkamp

CV-005 (12/15)        APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING