# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian G. Holtkamp<br><br>PLAINTIFF(S)<br><br>v.<br><br>Mozilla Foundation/Mozilla.org<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:24-cv-01285-JWH-ADS<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by  Plaintiff

Brian G. Holtkamp   is hereby:

☑  **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: June 18, 2024

*[signature]*

United States District Judge, John W. Holcomb

☐  **DENIED**

*Comments:*

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING