POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> BRIAN G. HOLTKAMP <br> 2624 FREEMAN LANE SANTA ANA, CA 92706 <br> TELEPHONE NO.: (714) 543-2191 \| FAX NO. \| E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: IN PRO PER: | FOR COURT USE ONLY <br><br> FILED <br> CLERK, U.S. DISTRICT COURT <br><br> JUL 5 2024 <br><br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> STREET ADDRESS: 411 WEST FOURTH STREET, STE 1053 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SANTA ANA, CA 92701 <br> BRANCH NAME: CENTRAL DISTRICT | |
| PLAINTIFF: BRIAN G. HOLTKAMP <br> DEFENDANT: MOZILLA FOUNDATION/MOZILLA.ORG | CASE NUMBER: <br> 8:24-cv-01285-JWH-(ADSx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

**FILE BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other CERTIFICATION AND NOTICE OF INTERESTED PARTIES; ORDER RE APPLICATION FOR PERMISSION FOR ELECTION FILING;
3. a. Party served *(specify name of party as shown on documents served)*:
   **MOZILLA FOUNDATION/MOZILLA.ORG**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: JENNIFER LEE - EMPLOYEE AUTHORIZED TO ACCEPT SERVICE - CORPORATE CREATIONS NETWORK INC. - AUTHORIZED AGENT FOR SERVICE OF PROCESS

   | Age: 36-40 | Weight: 181-200 | Hair: BLACK | Sex: Female |
   | Height: 5'1-5'6 | Eyes: BROWN | Race: ASIAN | |

4. Address where the party was served: 7801 Folsom Blvd Ste 202
   Sacramento, CA 95826
5. I served the party
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 7/2/2024 (2) at *(time)*: 3:10 PM
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/228495

| PETITIONER: BRIAN G. HOLTKAMP | CASE NUMBER: |
|---|---|
| RESPONDENT: MOZILLA FOUNDATION/MOZILLA.ORG | 8:24-cv-01285-JWH-(ADSx) |

c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*            (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **MOZILLA FOUNDATION/MOZILLA.ORG**
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                     ☐ other:

7. **Person who served papers**
  a. Name: **KRYSTALYN SOUZA - JPL PROCESS SERVICE, LLC**
  b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
  c. Telephone number: **(866) 754-0520**
  d. The fee for service was: **$ 125.00**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
       (i) ☐ owner  ☐ employee  ☑ independent contractor.
       (ii) Registration No.: **PS-047**
       (iii) County: **YUBA**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **7/3/2024**

   **JPL PROCESS SERVICE, LLC**
   **14482 BEACH BLVD. STE X**
   **WESTMINSTER, CA 92683   | (866) 754-0520**

   _____          ► _____
   **KRYSTALYN SOUZA**                              (SIGNATURE)
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)