Chris K. Ridder (SBN 218691)
chris@rcjlawgroup.com
Benjamin A. Costa (SBN 245953)
ben@rcjlawgroup.com
RIDDER, COSTA &
JOHNSTONE LLP
440 N. Barranca Ave. #7550
Covina, CA 91723
Tel: (650) 426-6267
Fax: (650) 466-6182

Attorneys for Defendant,
MOZILLA FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRIAN G. HOLTKAMP,<br><br>      Plaintiff,<br><br>   v.<br><br>MOZILLA FOUNDATION,<br><br>      Defendant. | Case No. 8:24-cv-01285-JWH-ADSx<br><br>**DEFENDANT MOZILLA FOUNDATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**<br><br>Complaint filed: June 13, 2024<br>Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Autumn D. Spaeth |

DEFENDANT'S DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Mozilla Foundation identifies the following parent companies or publicly held corporations owning 10% or more of its stock:

- Mozilla Foundation has no parent corporation, and no publicly held corporation owns 10% or more of Mozilla Foundation's stock.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for defendant Mozilla Foundation certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Mozilla Corporation, a wholly owned subsidiary of Mozilla Foundation.
- The Travelers Indemnity Company, an insurance carrier for Defendant Mozilla Foundation.

Dated: July 23, 2024

Respectfully submitted,

RIDDER, COSTA & JOHNSTONE, LLP

By: /s/ Chris K. Ridder
Chris K. Ridder (SBN 218691)
Benjamin A. Costa (SBN 245953)

Attorneys for defendant
Mozilla Foundation.