Chris K. Ridder (SBN 218691)
chris@rcjlawgroup.com
Benjamin A. Costa (SBN 245953)
ben@rcjlawgroup.com
RIDDER, COSTA &
JOHNSTONE LLP
440 N. Barranca Ave. #7550
Covina, CA 91723
Tel: (650) 426-6267
Fax: (650) 466-6182

Attorneys for Defendant,
MOZILLA FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRIAN G. HOLTKAMP,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MOZILLA FOUNDATION,<br><br>　　　Defendant. | Case No. 8:24-cv-01285-JWH-ADSx<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Autumn D. Spaeth<br>Courtroom: 9D |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. One of my business addresses is Ridder, Costa & Johnstone LLP, 440 N. Barranca Ave. #7550, Covina, CA 91723. On July 23, 2024, I caused to be served the within documents:

1. DEFENDANT MOZILLA FOUNDATION'S MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. DECLARATION OF CHRIS K. RIDDER IN SUPPORT OF DEFENDANT MOZILLA FOUNDATION'S MOTION TO DISMISS THE COMPLAINT

3. [PROPOSED] ORDER ON DEFENDANT MOZILLA FOUNDATION'S MOTION TO DISMISS THE COMPLAINT;

4. DEFENDANT MOZILLA FOUNDATION'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

**BY ELECTRONIC FILING.** I hereby certify that on July 23, 2024, the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing to all parties indicated on the electronic filing receipt, including Plaintiff Brian G. Holtkamp, who is a registered filer with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I further declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 23, 2024.

/s/ Chris K. Ridder
Chris K. Ridder (SBN 218691)
Ridder, Costa & Johnstone LLP

- 1 -
PROOF OF SERVICE