| | |
|---|---|
| 1 | Chris K. Ridder (SBN 218691) |
| 2 | chris@rcjlawgroup.com |
|   | Benjamin A. Costa (SBN 245953) |
| 3 | ben@rcjlawgroup.com |
| 4 | RIDDER, COSTA & JOHNSTONE LLP |
| 5 | 440 N. Barranca Ave. #7550 |
| 6 | Covina, CA 91723 |
|   | Tel: (650) 426-6267 |
| 7 | Fax: (650) 466-6182 |
| 8 | |
| 9 | Attorneys for Defendant, MOZILLA FOUNDATION |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRIAN G. HOLTKAMP, | Case No. 8:24-cv-01285-JWH-ADSx |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| MOZILLA FOUNDATION, | Judge: Hon. John W. Holcomb |
| Defendant. | Magistrate Judge: Hon. Autumn D. Spaeth |
| | Courtroom: 9D |

PROOF OF SERVICE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am an employee of the legal services provider First Legal. One of my business addresses is 1517 W Beverly Boulevard, Los Angeles, CA 90026. On July 23, 2024, I served the within documents on the Plaintiff, at the direction of counsel for Mozilla Foundation:

1. Defendant Mozilla Foundation's Motion To Dismiss; Memorandum Of Points And Authorities In Support Thereof;

2. Declaration Of Chris K. Ridder In Support Of Defendant Mozilla Foundation's Motion To Dismiss The Complaint

3. [Proposed] Order On Defendant Mozilla Foundation's Motion To Dismiss The Complaint;

4. Defendant Mozilla Foundation's Certification And Notice Of Interested Parties.

**BY FIRST CLASS U.S. MAIL.** I hereby certify that on July 23, 2024, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the U.S. Mail in the State of California, addressed as set forth below:

>Brian G. Holtkamp
>2624 Freeman Lane
>Santa Ana, CA 92706

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2024.

Signed: _____

Print name: Felix Hernandez

- 1 -
PROOF OF SERVICE