# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRIAN G. HOLTKAMP<br><br>Plaintiff(s),<br><br>v.<br><br>MOZILLA FOUNDATION/MOZILLA.ORG<br><br>Defendant(s). | **CASE NUMBER:**<br><br>8:24–cv–01285–JWH–ADS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    7/23/2024

Document No.:    13

Title of Document:    NOTICE OF MOTION AND MOTION

**ERROR(S) WITH DOCUMENT:**

The hearing date and time were not selected during the docket sequence.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  July 24, 2024          By:  /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS