| Attorney or Party without Attorney:<br>Chris K. Ridder (SBN 218691)<br>Ridder Costa & Johnstone LLP<br>440 N Barranca Ave Suite 7550<br>Covina, CA 91723<br>  *Telephone No:*<br>  *Attorney For:* Defendant | *Ref. No. or File No.:*<br>HOLTKAMP V MOZILLA | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION | | |
| *Plaintiff:* BRIAN G. HOLTKAMP<br>*Defendant:* MOZILLA FOUNDATION | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:24-cv-01285-JWH-ADSx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Defendant Mozilla Foundation's Ex Parte Application For Order Continuing Rule 16(B) Scheduling Conference; Declaration Of Chris K. Ridder In Support Of Mozilla Foundation's Ex Parte Application For Order Continuing Rule 16(B) Scheduling Conference; [Proposed] Order Granting Mozilla Foundation's Ex Parte Application For Order Continuing Rule 16(B) Scheduling Conference

3. a. *Party served:* Brian G. Holtkamp (pro se)
   b. *Person served:* Left at the door

4. *Address where the party was served:* 2624 Freeman Lane, Santa Ana, CA 92706

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jul 29 2024 (2) at: 02:51 PM , to the person(s) indicated above in the manner as provided in 1011 CCP.

   Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Faustino Luna
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. *The Fee* for Service was: $109.26
   e. I am: Not A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

07/29/2024
(Date)                                    (Signature)

Judicial Council Form                    PROOF OF SERVICE                    11506174
Rule 2.150.(a)&(b) Rev January 1, 2007                                       (5822595)