UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN G. HOLTKAMP,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MOZILLA FOUNDATION,<br><br>　　　Defendant. | Case No. 8:24-cv-01285-JWH-ADSx<br><br>**ORDER GRANTING MOZILLA FOUNDATION'S *EX PARTE* APPLICATION FOR ORDER CONTINUING RULE 16(B) SCHEDULING CONFERENCE** |

  Having considered Defendant Mozilla Foundation's *Ex Parte* Application For Order Continuing Rule 16(b) Scheduling Conference, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

  1. *Ex Parte* relief is appropriate and necessary, because a regularly noticed motion could not be heard until after the current deadlines in the Court's Scheduling Order (Rule 26(f) conference to be conducted August 2, 2024; Joint Rule 26(f) Report to be filed August 9, 2024; Rule 16(b) Scheduling Conference to he held August 23, 2024).

  2. The Court finds, pursuant to Rule 16(b)(2), that there is good cause to delay entry of a Scheduling Order, and to postpone until after the Motion to Dismiss is decided, a Rule 16(b) Scheduling Conference and the parties' Rule 26(f) conference and report.

  3. For the foregoing reasons, Defendant Mozilla Foundation's *Ex Parte* Application for Order Continuing Rule 16(b) Scheduling Conference is **GRANTED**.

  4. The Rule 16(b) Scheduling Conference is **CONTINUED** to September 20, 2024, at 11:00 a.m.

  **IT IS SO ORDERED.**

Dated: July 31, 2024

                John W. Holcomb
                UNITED STATES DISTRICT JUDGE