1  Brian G Holtkamp (Full Name)
2  _____ (Email Address)
3  2624 Froeman Lane (Address Line 1)
4  Santa Ana, Ca 92706 (Address Line 2)
5  714 543-2191 (Phone Number)
6  Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp,
        Plaintiff,
    vs.
Mozilla Foundation/Mozilla.org,
        Defendant(s).

Case No.: 8:24-cv-01285-JWH-ADSx

Plaintiff's
(indicate Plaintiff or Defendant)

**DECLARATION IN SUPPORT OF OPPOSITION TO MOTION** Judgement for the Plaintiff

filed June 13, 2024
Hearing Date: August 23, 2024
Hearing Time: 9:00 am
Judge: Hon. John W. Holcomb
       (Judge's name)
Place: Courtroom 9D
       (courtroom number)

I, Brian G Holtkamp, declare as follows:
   (print name)

1. I am the Plaintiff in the above-entitled case.
   (indicate Plaintiff or Defendant)

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

Revised: March 2017
Form Prepared by Public Counsel
© 2011, 2017 Public Counsel. All Rights Reserved.

3. 2 pages of name on envelope name on shipp to

4. defendent's declaration exibit pages highlighted in yellow not true or correct

5.

6.

7.

8.

9.

10.

2
Declaration

11. _____

_____

_____

12. _____

_____

_____

13. _____

_____

_____

14. _____

_____

_____

15. _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-2-2024__, in __Anaheim, Ca__.
            (date of signing)            (city, state of signing)

__Brian G Holtkamp__
(signature)

__Brian G Holtkamp__
(name)

__Plaintiff__ in Pro Per
(Indicate Plaintiff or Defendant)

3
Declaration