1  Brian G Holtkamp
2  2624 Freeman Lane
3  Santa Ana Ca 92706
4  714 543-2191

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG -2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY /LOVE/ DEPUTY

6  In Pro Per
7           Plaintiff
8       UNITED STATES DISTRICT COURT
9       Central District of California
10 Brian G Holtkamp
11                          8:24-cv-01285-JWH-ADSx
12           Plaintiff
13
14 Mozilla Foundation/Mozilla.org   STATEMENT OF
15                                  GENUINE DISPUTES
16           Defendant
17
18
19              Complaint filed: Jun 3, 2024
20              Judge: Hon. John W. Holcomb
21              Magistrate Judge: Hon. Autumn D. Spaeth
22
23
24              Hearing date August 23, 2024
25              Hearing Time: 9:00 am
26              Courtroom: 9D
27
28

page: 1

1. 3 seperate cases
2. 3 seperate complaints
3. Type of relief
4. the fee waiver (forma-pauperis)
5. cases dismissed before the
6. process of service
7. No cases dismissed for frivolous
8. content
9. Frivolous claims are moerly
10. opinion,
11. they would not be frivolous if it
12. was happening to you
13. Patent case was supposed to trigger
14. Mozilla to terminate the licence
15. and the public api
16. remove the public repository
17. stop the mirroring of shared
18. files and folders, stop transfer of Data

8-2-2024

Brian C Holtkamp

*[signature]*

page: 2

Memorandum of Points and Authorities