1  Brian G Holtkamp (Full Name)
2  _____ (Email Address)
3  2624 Freeman Lane (Address Line 1)
4  Santa Ana Ca 92706 (Address Line 2)
5  714 543-2191 (Phone Number)
6  Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

Aug - 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp,

Plaintiff,

vs.

Mozilla Foundation/mozilla.org

_____,

Defendant(s).

Case No.: 8:24-cv-01285-JWH-ADSx

**PROOF OF SERVICE BY MAIL**

I, Brian G Holtkamp, declare as follows:
(name of person serving documents)

My address is 2624 Freeman Lane Santa Ana Ca 92706, which is located in the county where the mailing described below took place.

On 8-2-2024, I served the document(s) described as:
(date of mailing)

Revised: March 2017
Form Prepared by Public Counsel
© 2011, 2017 Public Counsel. All Rights Reserved.

1
Proof of Service

Statement of service dispute
Mail delivered to my parents house

1. Introduction
2. Memorandum of points and authorities
3. Argument
4. 
5. declaration in support of opposition to motion
6. Conclusion
7. proof of service
8. 
9. exibit pages (not true or correct)

10. on all interested parties in this action by placing a true and correct copy thereof in
11. a sealed envelope, with first-class postage prepaid thereon, and deposited said
12. envelope in the United States mail at or in _____,
13. (city and state of mailing)
14. addressed to:
15. CRIS Ridder (name)  _____ (name)
16. 440 N Barranca Ave (address)  _____ (address)
17. Suite 7550 (address)  _____ (address)
18. Covina, Ca 91723 (address)  _____ (address)

19. I declare under penalty of perjury that the foregoing is true and correct.

20. Executed on 8-2-2024 at Anaheim, Ca.
    (date)                  (city and state of signing)

Brian G Holtheup (sign)
Brian G Holtheup (print name)

2
Proof of Service