Brian G Holtkamp
2624 Freeman Lane
Santa Ana, Ca 92706
714 543-2191

In Pro Per
Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp

8:24-cv-01285-JWH-ADSx

Plaintiff

Amended

Mozilla Foundation/Mozilla.org    Declaration in support
                                  of opposition to
Defendant                         Motion
                                  Judgement for Plaintiff

Complaint filed: June 13, 2024
Judge: Hon. John W. Holcomb
Magistrate Judge: Hon. Autumn D. Spaeth

Hearing Date: August 23, 2024
Hearing Time: 9:00 am
Courtroom: 9D

I Brian C Holtkamp, declare as follows:

1. I am the Plaintiff in the above-entitled case.

2. I have personal knowledge of the following facts, and if called as a witness, I would competently testify thereto.

3. A small simple list of things applied to my PC and mobile account. These items should not be there, they are not there on anyone elses devices or PC's. All are a violation of privacy and civil rights


Page Number

1. base.href = chrome://ossettings
2. Link rel = stylesheet
3. href = chrome://resources/css/text_defaults_mdcss
4. href = /css/base.css
5. href = chrome://resources/chrome_os/colors/cores
6. script Type = module
7. src = os-settings.js
8. 
9. BSSO Telemetry
10. 
11. https://docs.google.com/ ✗
12. https://drive.google.com/ ✗
13. 
14. Offline docs chrome extension (No such extension)
15. applied to Desktop and all mobile platform
16. Also, applied to my parents PC, and all
17. there mobile devices. By using these
18. hateful extensions, all the new files and
19. folders Mozilla Foundation creates and applies
20. to me will sync and stay active while
21. they prevent me ~~both~~ from using the
22. internet and any wifi period. Talk about
23. malicious acts of evil vindictive work.
24. Only Mozilla Foundation would do this to
25. someone spitefully with an attack on privacy
26. and civil rights.
27. 
28. Source code modified to 27 pages
    Normal source code is only a couple of pages

1. Autofill status/2020.11.2.164946
2. https://github.com/rstudio/httpuv
3. 
4. At the Library
5. \\pl patron.local\SYSVOL\pl patron.local\
6. 
7. scripts\start-Desktop App ID.xml
8. 
9. ct mmres.dll
10. IEframe.dll
11. 
12. MS=X6PUEJECT
13. 
14. http://www.unicode.org
15. copyright.html
16. 
17. www.format.com/magazine/
18. photograph-copyright-laws-guidelines
19. 
20. Remote FXV GPV Disablement, exeD.sable
21. 
22. XML NS= http://www.w3.org/1999/xhtml
23. 
24. PNO scan with wifi condition call
25. 
26. https://www.gnu.org/software/
27. ncke/manvell/html-node/concept-index.html
28. 

4
Page Number

I Declare under penalty of perjury that the foregoing is true 'an correct.

Executed on 8-2-2024 in Anaheim, Ca

*Brion G Holtkamp* (signature)

Brion G Holtkamp

Plaintiff in Pro Per