Brian G Holtkamp
2624 Freeman Lane
Santa Ana Ca 92706
714 543-2191

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

In Pro Per
            Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp

                              8:24-cv-01285-JWH-ADS
            Plaintiff

Mozilla Foundation/Mozilla.org          Memorandum of
                                         Points and Authorities
            Defendant                    in opposition to Motion

                              Judgement for Plaintiff

                    Complaint filed: June 13, 2024
                    Judge: Hon. John W. Holcomb
                Magistrate Judge: Hon. Autumn D. Spaeth


                    Hearing Date: August 23, 2024
                    Hearing Time: 9:00 am
                    Courtroom: 9D

1
Page Number

1  If challenging the similarities
2  of the cases in Question, The Mozilla
3  Foundation must file a notice of related
4  cases. Must indicate a brief factual
5  statement, must include all related facts
6  The notice will be filed at the
7  time the second case is open. This
8  would be considered the first case in
9  Question. Notice of related cases were
10 never filed by the defendant. Res Judicata,
11 similarities to other cases, Identity of claims,
12 and any other comparisons should not be
13 allowed.
14
15
16 The Federal Government requested
17 an interface back in late 2019 the first
18 ever prototype was tested. The Fed Gov
19 needed someone to test it, so they ended
20 up with a Gov employee utilizing the
21 resources of Mozilla.org.
22
23 HHps://url.spec.whatwg.org/
24 #interface-url search params
25
26 I touched bases with Mozilla.org
27 back in december of 2019 to try
28 a new browser. The Firefox browser

1  and involvement with there ISP
2  Netscope. This was the worst
3  mistake of my life, and anybody else
4  who did the same thing. This person
5  I call the Internet resource
6  manager, because being a port of a
7  protection program for employees and with
8  granted immunity there is no way I
9  could find out what his name is.
10  Especially have to deal with no
11  internet / and crashed personal devices
12  for almost 5 years now. In fact
13  this person has destroyed 6 devices
14  in the last 2 weeks just trying to
15  prepare and file this opposition to the
16  motion. Cris Ridder does not believe
17  this person exists, the truth is
18  The Mozilla Foundation does not want
19  To be held accountable for the actions
20  plus all the damage caused from him.
21  I spoke with the FBI a couple
22  weeks ago, and told them everything.
23  Said this person is attacking me
24  in the worst way and has taken my
25  life away from me and can't /
26  get it back. The FBI went to
27  visit The internet resource manager
28  the next day. The FBI is currently

3

1  involved in this issue. Just
2  waiting for a response from them
3  so I can get his full Legal name.
4  I will be filing a civil harassment
5  restraining order against him. Getting
6  his info in the CLETS system
7  is the only way to stop a
8  psycho path person like this that has
9  an attitude problem. The police can
10 put a warrant out for his arrest
11 when I report ongoing civil harassment
12 Also, I will be filing criminal
13 charges against this person, Attempted
14 Murder charges are probably in order
15 for him. I will be filing another
16 case against Mozilla.org for all the
17 Lisences applied to me for no particular
18 purpose. 4 additional Lisences with
19 no opt-out or way to get out of
20 the chaos Mozilla brings to the table
21 Also, filing charges against the
22 United States Federal Government for
23 the current and ongoing hardships
24 and Life burden he just will not
25 stop. The Mozilla Foundation and
26 everyone in support of Mozilla's actions.
27 These people are pathetic cowards
28 that hide behind patent litigation.

4

Memorandum of Points and Authorities

when Mozilla apply's a public Lisence to you, they create a copyright issue. They put you in the public API, so they can modify your source code for all the wrong reasons affecting your everyday life routine plus everything you do. Essential claims is what they say, saying you are holding key information regarding one of those patents and will not disclose the information. With patent protection resources at hand Mozilla throws the book at you. No opt-out, forcing software on you that is bugged and does not work, saying it is part of there Location services, it's at there discretion wather or not they let you out of this evil hatefull mess that nobody can Live with. To this day almost five years mozilla plays childish games with internet connections and will not allow you to have a phone or PC to make calls and send messages. What they do to people is criminal and against the Law.

everything I'm explaining is 100%
true and correct. There is nothing
frivolous or fancyfull about these
hatefull acts. A frivolous or malicious
remark is purely opinion. Someone
stating this is hard to believe or
not happening should look at all
the cases in the Northern District
for coercive control and controlling people
completely against there will towards
The Mozilla foundation. All the
death threats Mozilla gets from
people because of what they make
there employees do to others.
death threats to them are Like candy
bars to those people. The Foundation
is known by so many to have
the nickname (scum of the web).
Not the picture I would be trying
to paint if involved in an
~~Official~~ Offical Function

Exibit A will be copies of
pages from the defendants
motion. The Mozilla Foundation claims
these copies are correct and true.
They are not, so I am supplying
some copies to the court to
prove that the defendants
motion should be removed from
this case entirely. Since they waited
till the last day to file, it left
the defendant no time for correction.

Exibit B will be copies of
the bill of ladding (ship to info)
and the envelope addressed to
someone other than myself. The
defendant sent those documents to
my address butt addressed to whom.
Nobody knows. I just know
those documents also do not belong
or have a place in this court
case.

Exhibit A

Case 8:24-cv-01285-JWH-ADS   Document 13   Filed 05/23/24   Page 22 of 22   Page ID #:190

On May 15, 2024, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis. (ECF Nos. 1, 3.) Plaintiff labels the case as an action for "Patent Infringement." (ECF No. 1 at 1.) Defendant allegedly "has taken away all access to the internet, including the public library" and "shuts down and crashes all personal devices and PC." (Id. at 2.) Defendant also allegedly "merged [Plaintiff's] source code with [his] father['s] source code, so [Defendant] could continue controlling [Plaintiff] and crashing [his] devices and taking away all internet access." (Id. at 3.) As a result, Plaintiff allegedly cannot look for work, and four years of his life have been taken. (Id.) Defendant allegedly "block[ed] HR department links, corrupt[ed] [Plaintiff's] devices, then shut them down. This is all a game to them." (Id.) Plaintiff seeks access to the internet and damages. (Id. at 4-5.)

Because Plaintiff seeks to proceed in forma pauperis, the Court has reviewed the Complaint to determine whether the action is frivolous or malicious; fails to state a claim upon which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As explained below, the Complaint is dismissed without leave to amend.

First, the Complaint is frivolous because it is duplicative of a Complaint that previously was dismissed as frivolous. See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (complaint is frivolous if it repeats previously litigated claims). The Court dismissed a highly similar Complaint in Case No. 8:24-cv-00850-CJC-ADS.

Second, the Complaint is factually frivolous. When read together, Plaintiff's allegations of a years-long scheme to control and block his devices, as part of "a game," are "clearly baseless" or "fanciful." Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). In that circumstance, the Court may "pierce the veil of the complaint's factual allegations" and "is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations." Id. at 32; see also Bator v. State of Hawai'i, 39 F.3d 1021, 1026 (9th Cir 1994) ("Denton is an exception to the general rule that a district court must accept factual allegations as true."). Here, "a finding of factual frivolousness is appropriate [because] the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." Denton, 504 U.S. at 33.

Third, the Complaint fails to state a claim on which relief may be granted. Although Plaintiff labels this case as a "patent infringement" action, the Court is not bound by that characterization. "[W]e look beyond [the complaint's] characterization to the conduct on which the claim is based." Blaxland v. Commonwealth Director of Public Prosecutions, 323 F.3d 1198, 1203-04 (9th Cir. 2003) (citation omitted). The allegations of conduct on which the claim is based are frivolous and do not suggest patent infringement or any other legal theory that would be cognizable in federal court.

Finally, given these deficiencies, leave to amend is not warranted. See Lopez v. Smith, 203 F.3d 1122, 1127 n.8 (9th Cir. 2000) (en banc) ("When a case may be classified as frivolous or malicious, there is, by definition, no merit to the underlying action and so no reason to grant leave to amend."); Lockheed Martin Corp. v. Network Solutions, Inc., 194 F.3d 980, 986 (9th Cir. 1999) (amendment was futile where there was no cause of action); Huffman v. Smith, 172 F.2d 129, 130 (9th Cir. 1949) (explaining that the in forma pauperis statute permits a federal court to refuse commencement of an action "if it appear that the applicant has no cause of action"). Thus, the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

Page 1

Case 8:24-cv-01285-JWH-ADS   Document 11   Filed 07/23/24   Page 18 of 22   Page ID #:586

Relief

Requesting a money demand of

30,000 dollars

for the unacceptable number of miscellaneous personal devices and PC's they have destroyed and is on going they continue to do so. There is no reason for this kind of behavior and abuse to personal property

Request a money demand of 300,000 dollars

for the last 4 years having no internet and can not accept the countless number of employment positions that have been offered to me for 85,000 plus annual income amount.

The Foundation has taken away my life for the last 4 years, they have no right to decide wether I can or can't work.

page 2

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

page 14

1   Name: Brian G Holtkamp
2   Address: 2624 Freeman Lane
3   _____
4   Phone: 714 543-2191
5   Fax: _____
6   In Pro Per
7   Plaintiff

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 15 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ____ VME ____ DEPUTY

- IFP Submitted

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10   Brian G Holtkamp
11
12                          Plaintiff
13                    v.
14   Mozilla Foundation / mozilla.org
15   149 New Montgomery street
     4th Floor
16   San Francisco, Ca 94105 Defendant(s).

CASE NUMBER:
8:24-cv-01058-JWH-(ADSx)

To be supplied by the Clerk of
The United States District Court

Complaint -
Patent Infringement

17
18   Direct Contributory Infringement
19
20   The software contributors directly
21   infringed on the software utility patent. Filing
22   contributor infringement will terminate the
23   Mozilla Public License 2.0. Additionally it will
24   terminate all versions and extensions including
25   the GNU License, + all partial manually
26   applied versions HtmL. Nothing will survive
27   the termination not even distributors or resellers.
28   There will be no cross-claims or counter claims
     and no declaratory actions.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

page 13
page 3

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       4-17-2024

Signature of Plaintiff       *Brian G Holtkamp*

Printed Name of Plaintiff       Brian G Holtkamp

### B.    For Attorneys

Date of signing:       _____

Signature of Attorney       _____

Printed Name of Attorney       _____

Bar Number       _____

Name of Law Firm       _____

Street Address       _____

State and Zip Code       _____

Telephone Number       _____

E-mail Address       _____

page 4

# Relief

Requesting access to the Internet

Requesting to have and own personal
devices and PC's for all forms
of communication without them
being shut down, turned off or destroyed

Request to remove the Mozilla
Public License 2.0 and any other
versions that supersede the original version

Request to remove the manually applied
GNU License and all other Licenses
that don't apply or have any meaning
to me

Request to have my information
plus any other alias names they
have created removed from the
Web

Nothing to survive the License
termination, not even distributors
or resellers

Page 5

4

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Page 8

Case 8:24-cv-01285-JWH-ADS   Document 14   Filed 05/23/24   Page 12 of 22   Page ID #:180

When screening a complaint under 28 U.S.C. § 1915, the Court must identify cognizable claims and dismiss claims that are frivolous, malicious, fail to state a claim on which relief may be granted or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Dismissal for failure to state a claim under § 1915(e)(2) incorporates the standard for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Watison v. Carter, 668 F.3d 1108, 1112 (9th Cir. 2012). To survive § 1915 review, a complaint must "contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009). The court liberally construes pro se complaints and may only dismiss them "if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Nordstrom v. Ryan, 762 F.3d 903, 908 (9th Cir. 2014).

In this case, Plaintiff appears to assert that "Mozilla Foundation" has, for the past four years, not allowed him to use the Internet because the Firefox browser "corrupt[s] and shut[s] off [his] personal devices." (Dkt. 1.) He claims that, despite being indigent and unhoused, he has "285 personal devices, 50 laptops, 50 tablets, 50 chromebooks." (Id. at 4.) According to Plaintiff, this has made it impossible for him to find a job. (Id.)

Plaintiff's allegations are fanciful and frivolous. Plaintiff asserts that Defendant uses "Augmented Reality," which "actively makes a connection with [his] retina. No two are the same. No matter where [Plaintiff is] they ID [him] from any device anywhere. In less than 5 seconds [they] shut off and crash [his] devices." (Id. at 5.) The relief he seeks from the Court is to "share the same harsh unfair unacceptable condition to them." (Id.) Because Plaintiff's claim is frivolous and fails to state a claim on which relief may be granted, his case must be DISMISSED. See 28 U.S.C. § 1915(e)(2); Anderson v. Sy, 486 F. App'x 644 (9th Cir. 2012) ("The district court properly dismissed Anderson's action as frivolous because the complaint contains indecipherable facts and unsupported legal assertions."). "Dismissals on these grounds are often made sua sponte prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering such complaints." Neitzke v. Williams, 490 U.S. 319, 324 (1989) (internal citation omitted).

*(attach additional pages if necessary)*

# Statement of Claim

Requesting this case be transferred to the Northern District making the Venue correct.

The Foundation works hard to insure the internet remains a free and public resource available for everyone to access

The Foundation has taken away all access to the internet, including the public Library

The foundation shuts down and crashes all personal devices and PC's

System Event Logs says
        Slow Controlled shut down

Open source License Applied to me for a particular purpose, which means they can apply it to anybody. Means modifying Source code and 3 years is the maximum amount of time

page 7

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

page 10

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| BRIAN G. HOLTKAMP | | SACV 24-00850-CJC (ADSx) |
| | PLAINTIFF(S) | |
| v. | | |
| MOZILLA FOUNDATION | | **ORDER ON REQUEST TO PROCEED** |
| | | ***IN FORMA PAUPERIS*** |
| | DEFENDANT(S) | **(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.

    ☒ The action is frivolous or malicious.

    ☒ The action fails to state a claim upon which relief may be granted.

    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☒ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| | |
|---|---|
| May 1, 2024 | |
| Date | United States District Judge |

Certification and Closing

Date                    5-15-2024

Signature of Plaintiff          Brian G Holtkomp

Printed name of Plaintiff       Brian G Holtkomp

page 9

Page Number

page 17

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                            Mozilla Foundation

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

page 3
pase 10

FILED

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT 2024 APR 17 PM 3: 38

for the

Central District of California CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

Southern ~~Western~~ Division    BY ____

Brian G Holtkamp

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Mozilla Foundation

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  8:24-CV-00850-CJC-ADS

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Brian G Holtkamp |
| Street Address | 2624 Freeman Lane |
| City and County | Santa Ana       Orange |
| State and Zip Code | California   92706 |
| Telephone Number | 714 543-2191 |
| E-mail Address | NO E-mail / no access |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

~~Page 2~~
Page 11

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        4 years No Internet will not Let me Look for work or apply for work

        285 personal devices

        50 laptops

**III.**  **Statement of Claim** 50 tablets

               50 chromebooks

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        here in Orange County ongoing everyday

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        I have had many jobs lined up since covid-19 paying 85,000 A year for appartment maintenance positions. These people corupt and shut off my personal devices not allowing me to open human resource files for work

page 5 of 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 6

1   After 3 years the foundation
2   merged my source code with my
3   fathers source code, so they could
4   continue controlling me and crashing
5   my devices and taking away all
6   internet access.
7
8   No internet means I can't look for
9   work or apply for work.
10
11  The Foundation has a re-direct
12  for applying
13
14      Delete employment application - and all cashe.
15
16  The Foundation has taken 4 years
17  of my life that I can't get back
18  not allowing me to live my life
19  or go about my dayly routine, because
20  they are to busy controlling it.
21
22  Multiple jobs offered to me since
23  the begining of Covid-19, they block
24  HR department links, corupt my devices
25  then shut them down. This is all
26  a game to them, these people should
27  not be allowed to have this much
28  control over a person and there day to day life

5
_Page Number_   page 14

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

page 13

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

downloaded there browser (Firefox)
Since day 1, they have been crashing my
pc and devices not allowing me access
to the Internet

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

These people use A/R Augmented Reality
It actively makes a connection with your
retna, No two are the same. No matter where
Im at they ID me from any device anywhere

## V.  Relief  In less than 5 seconds and shut off and crash my devices

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Apply the Mozilla Public License to
the people who have forced it on me
for no apparent reason. share the same
harsh unfair unacceptable conditions to ther

Page 6
page 16

Exhibit B

```
========================================================================
 03  |     |       |       7/29/24  |       |       |       |
========================================================================
  22 |     |       |       |       |       |       |
  |  |     |       |       |       |       |       |
================================================================Cntrl#========
 7227 |Ridder Costa & Johnstone LLP  | BRSDSOP | 22      | 5822595 | 025
========================================================================
Chris Ridder  | HOLTKAMP V MOZILLA      |   1/  1         |  7/29/24  |
pu info:============================================|=========================
=
Ridder Costa & Johnstone LLP          |BOL#ready at oc of |  7/29/24
440 N Barranca Avenue                 |
COVINA          CA    91723           |  DROP SERVE TODAY |
650 466-0336          Zns:500/500     |  ASAP
          Rm:Suite 7550               |
                                      |                   | ** RE-PRINT **
del info:===============================================================
Brian G. Koltkamp (Pro Se)            |                   |  7/29/24
2624 Freeman Lane                     |                   |
SANTA ANA        CA    92706          |                   |
                      Zns:327/52      |                   | To:15:42
                                      |  7/29/24   09:42|   Yes    | ???
```

    7/29/24 09:43:20 025 8:24-cv-01285-JWH-ADSx
    7/29/24 09:43:21 025 Holtkamp v Mozilla Foundation
    7/29/24 09:43:22 025 3 docs

page 1

Attn: Brian G. Kolt Ka

page 0