Brian G Holtkamp
2624 Freeman Lane
Santa Ana Ca 92706
714 543-2191

In Pro Per
    Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp

                                8:24-cv-01285-JWH-ADSx
    Plaintiff

Mozilla Foundation/Mozilla.org   Proof of Service

    Defendant   Judgement for Plaintiff

Complaint filed: June 13, 2024
Judge: Hon. John W. Holcomb
Magistrate Judge: Hon. Autumn D. Spaeth

Hearing Date: August 23, 2024
Hearing Time: 9:00 am
Courtroom: 9D

1

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

1  I Brian G Holtkamp
2  personally mailed the opposition
3  to motion documents and the
4  statement of Genuine Disputes
5
6  To Cris Ridder
7
8  Ridder Costa & Johnstone LLP
9  440 N Barranca Ave suite 7550
10 Covina, Ca 91723
11
12 (650) 466 0336
13
14 on 8-5-2024
15
16 Anaheim Ca US First Class Mail
17
18 Documents supplied: memorandum of points
19  and authorities in opposition
20  to motion
21  declaration in support of
22 8-5-2024  opposition to motion
23         proof of service
24 Brian G Holtkamp  Statement of Genuine Disputes
25          Exhibit A
26 Brian G Holtkamp  Motion documents
27          Exhibit B
28          Service documents 7-29-2024

2
Memorandum of Points and Authorities