Brian G Holtkamp
2624 Freeman Lane
Santa Ana, Ca 92706
714 543-2191

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 7 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

In Pro Per
Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

8:24-cv-01285-JWH-ADSx

Brian G Holtkamp
Plaintiff

Notification of change of Telephone number and E-Mail Address.

Mozilla Foundation/Mozilla.org
Defendant

Complaint filed: June 13, 2024
Judge: Hon. John W. Holcomb
Magistrate Judge: Hon Autumn D. Spaeth

Hearing date: August 23, 2024
Hearing time: 9:00 am
Courtroom: 9D

1
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

The home phone # is not mine IT's my parents home number. I currentely do not have a phone or a number. The defendant has taken away all access and use for any type of communication.

I was granted permission to e-file my documents. The defendant is very aware of my current situation on access. Mozilla Foundation is blocking me from completing efile regestration and will not allow a pacer account. I'm letting the court know that the defendant is claiming a strong effort to make contact with me. No messages or e-mails have been recieved except for the message at the house on 7-15-2024 from Chris Ridder. Called him back, he said he wanted to talk about ADR, However his client informed him to offer me nothing. AT that point I knew he had to touch bases with me to file a motion to dismiss the case

The Mozilla Foundation has me connected to a (USER CONTROLLED PROPERTY LAND MANAGEMENT NETWORK) against my will and is offering me no way out. Verified by T-Mobile Corporate 3 days ago.

LET it be noted I contacted the FBI on July 18. The FBI went to visit the (Internet Resource Manager) the very next day. I briefed them on this issue and they are involved

8-7-2024

Brian G Holtkamp

Brian G Holtkamp