JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN G. HOLTKAMP, | Case No. 8:24-cv-01285-JWH-ADS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MOZILLA FOUNDATION/MOZILLA.ORG, | |
| Defendants. | |

Pursuant to the "Order on Defendant Mozilla Foundation's Motion to Dismiss the Complaint" entered on or about August 21, 2024, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court does not possess subject matter jurisdiction over the above-captioned action.

2. Accordingly, this action is **DISMISSED for lack of subject matter jurisdiction**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE