FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG - 4 2025
CENTRAL DISTRICT OF CALIFORNIA
BY EC DEPUTY

Brian G Holtkamp (Full Name)
No email address (Email Address)
2624 Freeman Lane (Address Line 1)
Santa Ana Ca 92706 (Address Line 2)
714 543-2191 (Phone Number)
Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Brian G Holtkamp,
**PLAINTIFF,**

vs.

Mozilla Fondation / Fed Gov Employee

**DEFENDANT(S).**

**Case No.:** 8:24-CV-01285-JWH-ADS
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Notice of Motion and Motion to reopen this case (New Found Discovery)

**Jury Trial Demanded:** ☐ Yes ☐ No

# I. JURISDICTION

1. This Court has jurisdiction under Subject Matter

*Revised: October 2023*
*Form Prepared by Public Counsel*
*© 2010, 2023 Public Counsel. All Rights Reserved.*

Name: Brian G Holtkamp
Address: 2624 Freeman Lane
Santa Ana, Ca 92706
Phone: 714 543-2191
Fax:
In Pro Per Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brian G Holtkamp<br>Plaintiff<br>v.<br>Mozilla Foundation/Fed Gov Employee<br>Defendant(s). | CASE NUMBER:<br>8:24-cv-01285-JWH-ADS<br>To be supplied by the Clerk of The United States District Court<br>Memorandum of points and authorities to reopen this case<br>COMPLAINT |

Introduction,

This motion highlights the need for this court to declare the defendant a vexatious Liar.

The defendant has impersonated the Federal Government. The defendants delusional claim of being a contractor for the department of defense is faulse and incorrect. A third party inside the DoD and DoJ, there is no such thing. These departments are spelled in all capital Letters, DEPARTMENT of DEFENSE & DEPARTMENT of JUSTICE. The defendant bringing case sensitive practices to this court and the impossible belief that such could actually exist brings disrespect to the court and parties involved. This is a very clear fact, because in November of Last year I filed a case against the DEPARTMENT of DEFENSE just to verify my statements. I served the DEPARTMENT and the Attorney General in Washington DC. Several months went by and no response from either party, I new then my problems were not with them.

Defendant served a different version of the (motion to dismiss) To me, versus the one supplied to the court which bricfed the cort on there contractor status. I was given no way to know or defend myself on that matter

The defendants actions are unacceptable as they are trying to avoid the responability of paying the plaintiff monetary relief for damages done. The plaintiff clearly intitled to the monetary relief requested in the complaint.

The subject matter of this case is Open-Source Softuere. The statute of Limitations on open-source software is three years. The defendant has applied open-source on the plaintiff and the Orange county public library accunt from 11/2020 - 11/2023 which was all done illegally. I have exibits available to proove time stamps as well.

Brian G Holtkamp
2624 Freeman Lane
Santa Ana CA 92706
714 543-2191

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Brian G Holtkamp
Plaintiff

Mozilla Foundation/
Fed Gov Employee

Case # 8:24-CV-01285-JWH-ADS

Declaration in Support of Motion to reopen this case

Source code supplyed to proove open-source

two types of source code, one is mobile Platform and the other windows platform. Allmost 40 pages total. Source code is generally 4 pages not 40 pages. Only open-Source software can create this much code. Looking at the source code you can tell, there is no possible way to get to the internet

On page 6 of the source code, meta name = cm products content = https://authoring-docs-microsoft.poolparty.biz. The term poolparty is used by the defendant to show there success in getting away with contractor status, this is how they rub it in your face on your source code. Notice how all the site info is in lower case because this is all third party look-alike sites created by the defendant. Everything is case sensitive practices with the Foundation. Notice SR-only, which is primary and I'm secondary Link. SR-only refers to my parents windows account that is merged with mine. They run 2 separate api's at the same time, and is supported and currently running right now on Firefox They merged our accounts together in 11/2023 so when the statute of limitations on my account ran out, they could continue applying open source software on me through my parents account allowing my parents to have internet access and completely block any and all use of the internet for me.

They took over my parents windows acount in 7/2021 and left it dorment until 11/2023 just so they could continue there open source Hate-crimes on me. Talk about pre-meditated, Long term malicious and vindictive intent. It's intentional infliction of emotional distress. The only way it could be worse, you would have to take the persons life. In December it will be 6 years of there hateful open-source campain against me. Through there use of open source it means my civil-rights are totally taken from me. It means I can not have a phone, us a computer, make a call or send a message, no use of the internet at all, not even at the public Library, can not Look for work, apply for a Job, file a grievence, file a complaint, send feedback, can not read trouble codes on my vehicle cause they block bluetooth Low Latency connections as well, change the firmware on code readers, scanners and digital cameras. Also, tv programming and cable tv is controlled by open source. They only let you ~~watch~~ watch old reruns of people who are dead and all channels are interactive which is really creepy.

So as explained the Foundation has complete control of my Life, I can do nothing, infact it is so evil and hatefull I can not even rent a storage unit at Public storage. Everything in my Life is blocked and taken away from me. The Foundation is from the Northern District, every court case involving them and Pro SE Litigants involves coercive type control, hate, computer crimes, cyber-bullying, Hate crimes, and extorsion threats just to name a few. In the Northern District they are known as SCUM of the WEB. The biggest desicion the Foundation chooses to make everyday is who can and can't use the internet, and that is just wrong. This issue is real and true, Living it everyday is worse than a heart-attack. resently diagnosed with vertigo and extreme high blood pressure because of what they are doing to me every day. I think it's gonna kill me before I can get a court order to fix this issue. Nobody should have this Level of control over a person, not even a spouse. I'm pleading to the court for help in this matter, stop open source software and take responsability for there hate crimes and malicious actions

Line wrap ☐

```
<!DOCTYPE html><html
    class="hasSidebar hasPageActions hasBreadcrumb conceptual has-default-focus theme-light"
    lang="en-us"
    dir="ltr"
    data-authenticated="false"
    data-auth-status-determined="false"
    data-target="docs"
    x-ms-format-detection="none">

<head>
    <meta charset="utf-8" />
    <meta name="viewport" content="width=device-width, initial-scale=1.0" />
    <meta property="og:title" content="ICoreWebView2DispatchAdapter" />
    <meta property="og:type" content="website" />
    <meta property="og:url" content="https://learn.microsoft.com/en-us/microsoft-edge/webview2/reference/winrt/microsoft_web_webview2_core/icorewebview

    <meta property="og:image:alt" content="Microsoft Learn" />

    <meta name="twitter:card" content="summary_large_image" />

    <meta name="twitter:site" content="@MicrosoftLearn" />

    <meta name="color-scheme" content="light dark"><meta name="APILocation" content="Microsoft.Web.WebView2.Core.dll" />
<meta name="APIName" content="Microsoft.Web.WebView2.Core.ICoreWebView2DispatchAdapter" />
<meta name="APIName" content="Microsoft.Web.WebView2.Core.ICoreWebView2DispatchAdapter.Clean" />
<meta name="APIName" content="Microsoft.Web.WebView2.Core.ICoreWebView2DispatchAdapter.UnwrapObject" />
<meta name="APIName" content="Microsoft.Web.WebView2.Core.ICoreWebView2DispatchAdapter.WrapNamedObject" />
<meta name="APIName" content="Microsoft.Web.WebView2.Core.ICoreWebView2DispatchAdapter.WrapObject" />
<meta name="APIType" content="Assembly" />
<meta name="author" content="MSEdgeTeam" />
<meta name="breadcrumb_path" content="/microsoft-edge/webview2/reference/winrt/breadcrumb/toc.json" />
<meta name="default_moniker" content="webview2-winrt-1.0.2792.45" />
<meta name="depot_name" content="MSDN.webview2-winrt" />
<meta name="description" content="Interface to create IDispatch implementing adapter classes for WinRT runtime classes to work with CoreWebView2.AddHos
<meta name="document_id" content="1e19baad-8dc3-5db6-3122-e9b0f2913fb3" />
<meta name="document_version_independent_id" content="b432c95b-f6e4-569e-f51d-8d44fd00e78d" />
<meta name="feedback_help_link_type" content="" />
<meta name="feedback_help_link_url" content="" />
<meta name="feedback_product_url" content="" />
<meta name="feedback_system" content="None" />
<meta name="git_commit_id" content="73fe73b1dfc36a0ff143851f6adb98265640c3ad" />
<meta name="gitcommit" content="https://github.com/MicrosoftDocs/webview2-winrt-reference/blob/73fe73b1dfc36a0ff143851f6adb98265640c3ad/1-0-2739-15/wir
<meta name="keywords" content="webview2, webview, winrt, win32, edge, CoreWebView2, CoreWebView2Controller, browser control, edge html, ICoreWebView2Di
<meta name="locale" content="en-us" />
<meta name="monikers" content="webview2-winrt-1.0.2739.15" />
<meta name="monikers" content="webview2-winrt-1.0.2792.45" />
<meta name="ms.author" content="msedgedevrel" />
<meta name="ms.date" content="08/26/2024" />
<meta name="ms.service" content="microsoft-edge" />
<meta name="ms.subservice" content="webview" />
<meta name="ms.topic" content="reference" />
<meta name="original_content_git_url" content="https://github.com/MicrosoftDocs/webview2-winrt-reference/blob/live/1-0-2739-15/winrt/icorewebview2dispa
<meta name="page_type" content="conceptual" />
<meta name="schema" content="Conceptual" />
<meta name="site_name" content="Docs" />
<meta name="toc_rel" content="../toc.json" />
<meta name="TopicType" content="APIRef" />
<meta name="uhfHeaderId" content="MSDocsHeader-MSEdge" />
<meta name="updated_at" content="2024-08-26 06:05 PM" />
<meta name="word_count" content="233" />
<meta name="persistent_id" content="a0f3ae35-1a8a-1aa4-b97a-badbec326fe1" />

    <meta name="cmProducts" content="https://authoring-docs-microsoft.poolparty.biz/devrel/5287f575-02f0-405f-92b7-800456526b0c" data-source="generate

    <meta name="spProducts" content="https://authoring-docs-microsoft.poolparty.biz/devrel/06e86142-34c2-4b94-ab9c-9477c21f7152" data-source="generate
    <meta name="scope" content="Microsoft Edge, WebView2" /><meta name="github_feedback_content_git_url" content="https://github.com/MicrosoftDocs/web

    <script id="msdocs-script">
    var msDocs = {environment: {
            supportLevel: 'production',
            accessLevel: 'online',
            reviewFeatures: false,
            systemContent: true,
            azurePortalHostname: 'portal.azure.com',
            legacyHosting: false,
            siteName: 'learn',
        },data: {
            timeOrigin: Date.now(),
            contentLocale: 'en-us',
            contentDir: 'ltr',
            userLocale: 'en-us',
            userDir: 'ltr',
            pageTemplate: 'Conceptual',
            brand: '',
            context: {},
            hasBinaryRating: true,
            feedbackHelpLinkType:'',
            feedbackHelpLinkUrl:'',
            standardFeedback: false,
            showFeedbackReport: false,
            enableTutorialFeedback: false,
            feedbackSystem: 'None',
            feedbackGitHubRepo: '',
            feedbackProductUrl: '',extendBreadcrumb: false,isEditDisplayable: false,
            hideViewSource: false,
            hasPageActions: true,
```

6

```
            hasPrintButton: true,
            hasBookmark: true,
            hasShare: true,
            isPermissioned: false,
            isPrivateUnauthorized: false,hasRecommendations: true,contributors: [{ name: "MSEdgeTeam", url: "https://github.com/MSEdgeTeam" },{ name: '
        functions:{}
    };
    </script><script src="https://wcpstatic.microsoft.com/mscc/lib/v2/wcp-consent.js"></script>
    <script src="https://js.monitor.azure.com/scripts/c/ms.jsll-4.min.js"></script><script src="/static/assets/0.4.028295933/global/deprecation.js"></:

<body lang="en-us" dir="ltr">
    <div class="header-holder has-default-focus">
        <a href="#main" class="skip-to-main-link has-outline-color-text visually-hidden-until-focused position-fixed has-inner-focus focus-visible top-

        <div id="unsupported-browser" style="
            background-color: white;
            color: black;
            padding: 16px;
            border-bottom: 1px solid grey;"
            hidden
        >
            <div style="max-width: 800px; margin: 0 auto;">
                <p style="font-size: 24px">This browser is no longer supported.</p>
                <p style="font-size: 16px; margin-top: 16px;">Upgrade to Microsoft Edge to take advantage of the latest features, security updates, and
                <div style="margin-top: 12px;">
                    <a href="https://go.microsoft.com/fwlink/p/?LinkID=2092881 "
                        style="
                        background-color: #0078d4;
                        border: 1px solid #0078d4;
                        color: white;
                        padding: 6px 12px;
                        border-radius: 2px;
                        display: inline-block;
                        ">Download Microsoft Edge</a>
                    <a href="https://learn.microsoft.com/en-us/lifecycle/faq/internet-explorer-microsoft-edge"
                        style="
                            background-color: white;
                            padding: 6px 12px;
                            border: 1px solid #505050;
                            color: #171717;
                            border-radius: 2px;
                            display: inline-block;
                            ">More info about Internet Explorer and Microsoft Edge</a>
                </div>
            </div>
        </div>
        <!-- liquid-tag banners global -->

        <!-- site header -->
        <header id="ms--site-header" data-test-id="site-header-wrapper" role="banner" itemscope="itemscope" itemtype="http://schema.org/Organization">
            <div id="ms--mobile-nav" class="site-header display-none-tablet padding-inline-none gap-none" data-bi-name="mobile-header" data-test-id="m
            <div id="ms--primary-nav" class="site-header display-none display-flex-tablet" data-bi-name="L1-header" data-test-id="primary-header"></di
            <div id="ms--secondary-nav" class="site-header display-none display-flex-tablet" data-bi-name="L2-header" data-test-id="secondary-header">
        </header><div id="content-header" class="content-header uhf-container has-padding has-default-focus border-bottom-none" data-bi-name="content-
                <div class="content-header-controls margin-xxs margin-inline-sm-tablet">
                    <button type="button" class="contents-button button button-sm margin-right-xxs" data-bi-name="contents-expand" aria-haspopup="true'
                        <span class="icon"><span class="docon docon-menu" aria-hidden="true"></span></span>
                        <span class="contents-expand-title">Table of contents</span>
                    </button>
                    <button type="button" class="ap-collapse-behavior ap-expanded button button-sm" data-bi-name="ap-collapse" aria-controls="action-p
                        <span class="icon"><span class="docon docon-exit-mode" aria-hidden="true"></span></span>
                        <span>Exit focus mode</span>
                    </button>
                </div>
            </div><div id="disclaimer-holder" class="has-overflow-hidden has-default-focus">
            <!-- liquid-tag banners sectional -->
        </div>
    </div>

    <div class="mainContainer  uhf-container has-default-focus" data-bi-name="body">

        <div class="columns has-large-gaps is-gapless-mobile "><div id="left-container" class="left-container is-hidden-mobile column is-one-third-tab
                <nav id="affixed-left-container" class="margin-top-sm-tablet position-sticky display-flex flex-direction-column" aria-label="Primary">
            </div><!-- .primary-holder -->
            <section class="primary-holder column is-two-thirds-tablet is-three-quarters-desktop">
                <!--div.columns -->
                <div class="columns is-gapless-mobile has-large-gaps "><div id="main-column" class="column  is-full is-8-desktop">

                    <main id="main" class="" role="main" data-bi-name="content" lang="en-us" dir="ltr"><!-- article-header -->
                        <div id="article-header" class="background-color-body margin-top-sm-tablet margin-bottom-xs display-none-print">
                            <div class="display-flex align-items-center "><details id="article-header-breadcrumbs-overflow-popover" class="popover'
                                    <summary class="button button-clear button-primary button-sm inner-focus" aria-label="All breadcrumbs">
                                        <span class="icon">
                                            <span class="docon docon-more"></span>
                                        </span>
                                    </summary>
                                    <div id="article-header-breadcrumbs-overflow" class="popover-content padding-none">

                                    </div>
                                </details>

                                <bread-crumbs id="article-header-breadcrumbs" data-test-id="article-header-breadcrumbs" class="overflow-hidden fle
                                        id="lang-link-tablet"
                                        class="button button-primary button-clear button-sm display-none display-inline-flex-tablet"
                                        title="Read in English" data-bi-name="language-toggle"
                                        data-read-in-link
                                        hidden>
                                        <span class="icon margin-none" aria-hidden="true" data-read-in-link-icon>
```

7

9/30/24, 5:24 PM view-source:https://learn.microsoft.com/en-us/microsoft-edge/webview2/reference/winrt/microsoft_web_webview2_core/icorewebvi…

```
                <span class="docon docon-locale-globe"></span>
            </span>
            <span class="is-visually-hidden" data-read-in-link-text>Read in English</span>
        </a><button
                type="button"
                class="collection button button-clear button-sm button-primary display-none display-inline-flex-tablet'
                data-list-type="collection"
                data-bi-name="collection"
                title="Add to collection">
                <span class="icon margin-none" aria-hidden="true">
                    <span class="docon docon-circle-addition"></span>
                </span>
                <span class="collection-status is-visually-hidden">Save</span>
            </button><a data-contenteditbtn
                class="button button-clear button-sm text-decoration-none button-primary display-none display-inline-f]
                aria-label="Edit"
                title="Edit This Document"
                data-bi-name="edit"
                    hidden
                        href="https://github.com/MicrosoftDocs/webview2-winrt-reference/blob/live/1-0-2739-15/winrt/ic(
                <span class="icon margin-none" aria-hidden="true">
                    <span class="docon docon-edit-outline"></span>
                </span>
            </a>
        <details class="popover popover-right" id="article-header-page-actions-overflow">
            <summary class="justify-content-flex-start button button-clear button-sm button-primary" aria-label="More ;
                <span class="icon" aria-hidden="true">
                    <span class="docon docon-more-vertical"></span>
                </span>
            </summary>
            <div class="popover-content padding-xs"><button
                        data-page-action-item="overflow-mobile"
                        type="button"
                        class="justify-content-flex-start button-block button-sm has-inner-focus button button-clear di
                        data-bi-name="contents-expand"
                        data-contents-button
                        data-popover-close>
                        <span class="icon">
                            <span class="docon docon-editor-list-bullet" aria-hidden="true"></span>
                        </span><span class="contents-expand-title">Table of contents</span></button><a
                    id="lang-link-overflow"
                    class="justify-content-flex-start button-sm has-inner-focus button button-clear button-block displ:
                    title="Read in English" data-bi-name="language-toggle"
                    data-page-action-item="overflow-mobile"
                    data-check-hidden="true"
                    data-read-in-link
                    hidden
                    >
                    <span class="icon" aria-hidden="true" data-read-in-link-icon>
                        <span class="docon docon-locale-globe"></span>
                    </span>
                    <span data-read-in-link-text>Read in English</span>
                </a><button
                        type="button"
                        class="collection justify-content-flex-start button button-clear button-sm has-inner-focus butt
                        data-list-type="collection"
                        data-bi-name="collection"
                        title="Save"
                        data-page-action-item="overflow-mobile"
                        data-check-hidden="true"
                        data-popover-close>
                        <span class="icon" aria-hidden="true">
                            <span class="docon docon-circle-addition"></span>
                        </span>
                        <span class="collection-status">Save</span>
                    </button>

                    <button
                        type="button"
                        class="collection justify-content-flex-start button button-clear button-sm has-inner-focus butt
                        data-list-type="plan"
                        data-bi-name="plan"
                        title="Add to Plan"
                        data-page-action-item="overflow-mobile"
                        data-check-hidden="true"
                        data-popover-close
                        hidden>
                        <span class="icon" aria-hidden="true">
                            <span class="docon docon-circle-addition"></span>
                        </span>
                        <span class="plan-status">Add to Plan</span>
                    </button><a data-contenteditbtn
                        class="button button-clear button-block button-sm has-inner-focus justify-content-flex-start t(
                        aria-label="Edit"
                        title="Edit This Document"
                        data-bi-name="edit"
                            hidden
                                href="https://github.com/MicrosoftDocs/webview2-winrt-reference/blob/live/1-0-2739-15/
                        <span class="icon" aria-hidden="true">
                            <span class="docon docon-edit-outline"></span>
                        </span>
                        <span>Edit</span>
                    </a><div aria-hidden="true" class="margin-none" data-page-action-item="overflow-all"></div>
                        <hr class="display-none-tablet margin-bottom-xxs margin-top-xxs" />
                        <h4 class="font-size-sm padding-left-xxs">Share via</h4>

                    <a class="button button-clear button-sm button-block has-inner-focus text-decoration-none justify-(
```

view-source:https://learn.microsoft.com/en-us/microsoft-edge/webview2/reference/winrt/microsoft_web_webview2_core/icorewebview2dispatchadapte… 3/8

8

Line wrap ☐

```
<!DOCTYPE html>
<html
  lang="en"

  data-color-mode="light" data-light-theme="light" data-dark-theme="dark"
  data-a11y-animated-images="system" data-a11y-link-underlines="true"

  >

  <head>
    <meta charset="utf-8">
  <link rel="dns-prefetch" href="https://github.githubassets.com">
  <link rel="dns-prefetch" href="https://avatars.githubusercontent.com">
  <link rel="dns-prefetch" href="https://github-cloud.s3.amazonaws.com">
  <link rel="dns-prefetch" href="https://user-images.githubusercontent.com/">
  <link rel="preconnect" href="https://github.githubassets.com" crossorigin>
  <link rel="preconnect" href="https://avatars.githubusercontent.com">

  <link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/light-3e154969b9f9.css" /><link crossorigin='
    <link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/primer-primitives-4cf0d59ab51a.css" />
    <link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/primer-fefb1a332c28.css" />
    <link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/global-470df113763d.css" />
    <link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/github-d1e3b63864f7.css" />
  <link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/site-fbd7cf8f6ba2.css" />
<link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/readme-f0377522dfdb.css" />

  <script type="application/json" id="client-env">{"locale":"en","featureFlags":["code_vulnerability_scanning","copilot_beta_features_opt_in","copilot_
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/wp-runtime-67dd3ca08796.js"></:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_dompurify_
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_oddbird_pc
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_ar:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/ui_packages_failbot_failbot_ts-
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/environment-2f240f7ed1b3.js"><,
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_primer_bel
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_se;
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_re:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_aut
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_tex
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_fi:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_delegated-
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_mir
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_fi:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/github-elements-36d7dcef5a08.j:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/element-registry-f52a50a0449b.:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_cat
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_braintree_
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_lit-html_:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_hyc
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_mir
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_tur
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_rer
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_scroll-anc
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_color-conv
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_quc
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/ui_packages_updatable-content_c
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/app_assets_modules_github_behav
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/app_assets_modules_github_stick
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/app_assets_modules_github_behav
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/app_assets_modules_github_behav
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/behaviors-b32b736e8b72.js"></s
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_delegated-
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/notifications-global-54f341671:
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_mir
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/marketing-872ff8663359.js"></s
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/marketing-readme-a9f16f6b0818.:

 <title>The ReadME Project · Meet the people behind the projects you love · GitHub</title>

 <meta name="route-pattern" content="/readme(.:format)" data-turbo-transient>
 <meta name="route-controller" content="site_readme" data-turbo-transient>
 <meta name="route-action" content="index" data-turbo-transient>

 <meta name="current-catalog-service-hash" content="3b3a86e94adb1936974b9e80c6c5c959f35b1d5f75b93677737ffa36daf92bbd">

 <meta name="request-id" content="6454:AC23:387108B:395FAC9:66FB431B" data-pjax-transient="true"/><meta name="html-safe-nonce" content="77cc72a815fcf:
```

```
<meta name="github-keyboard-shortcuts" content="copilot" data-turbo-transient="true" />

<meta name="selected-link" value="/readme" data-turbo-transient>
<link rel="assets" href="https://github.githubassets.com/">

  <meta name="google-site-verification" content="Apib7-x98H0j5cPqHWwSMm6dNU4GmODRoqxLiDzdx9I">

<meta name="octolytics-url" content="https://collector.github.com/github/collect" />

  <meta name="user-login" content="">

  <meta name="viewport" content="width=device-width">

    <meta name="description" content="">

    <link rel="search" type="application/opensearchdescription+xml" href="/opensearch.xml" title="GitHub">

  <link rel="fluid-icon" href="https://github.com/fluidicon.png" title="GitHub">
  <meta property="fb:app_id" content="1401488693436528">
  <meta name="apple-itunes-app" content="app-id=1477376905, app-argument=https://github.com/readme" />

    <meta name="twitter:image" content="https://github.githubassets.com/assets/readme-project-1b8ad1b2a413.jpg" /><meta name="twitter:site" content="
 <meta property="og:image" content="https://github.githubassets.com/assets/readme-project-1b8ad1b2a413.jpg" /><meta property="og:image:alt" content="

    <meta name="hostname" content="github.com">

      <meta name="expected-hostname" content="github.com">

 <meta http-equiv="x-pjax-version" content="e461a1d85be893e3e5b0e602ab0c5185a205e83a6dfb90144ec15dd812e7049f" data-turbo-track="reload">
 <meta http-equiv="x-pjax-csp-version" content="7642539248f1cf3e88d9aecd165ca0e16e4f0b80d6049d4694c025c4f4c2c640" data-turbo-track="reload">
 <meta http-equiv="x-pjax-css-version" content="ac6c63c113e0ec3e00c9717fe4a1c95192dc875b927d21652133000f39f3d0e8" data-turbo-track="reload">
 <meta http-equiv="x-pjax-js-version" content="06ad990dca0551997e39235a13b1712c86424ddc322be2b202946be3df7eb9f3" data-turbo-track="reload">

   <meta name="turbo-cache-control" content="no-preview" data-turbo-transient="">

     <link rel="preconnect" href="https://images.ctfassets.net">
 <link rel="preload" href="https://github.githubassets.com/assets/Blimone-Medium-Inktrap-870240417f29.woff2" as="font" type="font/woff2" crossorigin>
 <link rel="preload" href="https://github.githubassets.com/assets/hubot-sans-597e45ee1797.woff2" as="font" type="font/woff2" crossorigin>
 <link rel="preload" href="https://github.githubassets.com/assets/mona-sans-d1bf285e9b9b.woff2" as="font" type="font/woff2" crossorigin>
 <link rel="preload" href="https://github.githubassets.com/assets/mona-sans-d1bf285e9b9b.woff2" as="font" type="font/woff2" crossorigin>
 <meta name="is_logged_out_page" content="true">

     <link rel="canonical" href="https://github.com/readme" data-turbo-transient>

   <meta name="turbo-body-classes" content="logged-out env-production page-responsive readme-project header-overlay">

 <meta name="browser-stats-url" content="https://api.github.com/_private/browser/stats">

 <meta name="browser-errors-url" content="https://api.github.com/_private/browser/errors">

 <link rel="mask-icon" href="https://github.githubassets.com/assets/pinned-octocat-093da3e6fa40.svg" color="#000000">
 <link rel="alternate icon" class="js-site-favicon" type="image/png" href="https://github.githubassets.com/favicons/favicon.png">
 <link rel="icon" class="js-site-favicon" type="image/svg+xml" href="https://github.githubassets.com/favicons/favicon.svg">

<meta name="theme-color" content="#1e2327">
<meta name="color-scheme" content="light dark" />

 <meta name="msapplication-TileImage" content="/windows-tile.png">
 <meta name="msapplication-TileColor" content="#ffffff">

 <link rel="manifest" href="/manifest.json" crossOrigin="use-credentials">

 </head>

 <body class="logged-out env-production page-responsive readme-project header-overlay" style="word-wrap: break-word;">
   <div data-turbo-body class="logged-out env-production page-responsive readme-project header-overlay" style="word-wrap: break-word;">

   <div class="position-relative js-header-wrapper ">
     <a href="#start-of-content" data-skip-target-assigned="false" class="px-2 py-4 color-bg-accent-emphasis color-fg-on-emphasis show-on-focus js-ski

     <span data-view-component="true" class="progress-pjax-loader Progress position-fixed width-full">
```

10

```
    <span style="width: 0%;" data-view-component="true" class="Progress-item progress-pjax-loader-bar left-0 top-0 color-bg-accent-emphasis"></span>
</span>

      <script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/react-lib-7b7b5264f6c1.js
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_mir
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_primer_rea
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_primer_rea
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_primer_rea
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_primer_rea
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_primer_rea
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/ui_packages_react-core_create-b
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/keyboard-shortcuts-dialog-3d3b9
<link crossorigin="anonymous" media="all" rel="stylesheet" href="https://github.githubassets.com/assets/primer-react-css.8879c83c1311e6328466.module.cs

<react-partial
  partial-name="keyboard-shortcuts-dialog"
  data-ssr="false"
  datta-attempted-ssr="false"
>

  <script type="application/json" data-target="react-partial.embeddedData">{"props":{"docsUrl":"https://docs.github.com/get-started/accessibility/keybo
  <div data-target="react-partial.reactRoot"></div>
</react-partial>

<global-banner role="alert" aria-label="Announcement" class="global-banner d-block position-relative lh-condensed fgColor-onEmphasis px-4 px-md-5 px-lg

  <span class="global-banner--title">Unlock your flow state with a better developer experience.</span>

  <a data-analytics-event="{&quot;category&quot;:&quot;global_banner&quot;,&quot;action&quot;:&quot;universe24_9_global&quot;,&quot;label&quot;:&quot;r
    Grab tickets now to GitHub Universe on Oct. 29-30.
</a>
  <div class="global-banner--close position-absolute height-full d-flex flex-items-center top-0 right-2 right-md-3 right-lg-7">
    <button data-analytics-event="{&quot;category&quot;:&quot;global_banner&quot;,&quot;action&quot;:&quot;Dismiss global_banner_universe24_9_global&qu
    <path d="M3.72 3.72a.75.75 0 0 1 1.06 0L8 6.94l3.22-3.22a.749.749 0 0 1 1.275.326.749.749 0 0 1-.215.734L9.06 8l3.22 3.22a.749.749 0 0 1-.326 1.275
</svg></button>
  </div>
</global-banner>

<active-global-banners data-banners="universe24_9_global"></active-global-banners>

<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/vendors-node_modules_github_rem
<script crossorigin="anonymous" defer="defer" type="application/javascript" src="https://github.githubassets.com/assets/sessions-f3ddee0032e4.js"></scr
<header class="HeaderMktg header-logged-out js-details-container js-header Details position-relative f4 py-3" role="banner" data-color-mode=light data-
  <h2 class="sr-only">Navigation Menu</h2>

  <button type="button" class="HeaderMktg-backdrop d-lg-none border-0 position-fixed top-0 left-0 width-full height-full js-details-target" aria-label=
    <span class="d-none">Toggle navigation</span>
  </button>

  <div class="d-flex flex-column flex-lg-row flex-items-center px-3 px-md-4 px-lg-5 height-full position-relative z-1">
    <div class="d-flex flex-justify-between flex-items-center width-full width-lg-auto">
      <div class="flex-1">
        <button aria-label="Toggle navigation" aria-expanded="false" type="button" data-view-component="true" class="js-details-target js-nav-padding-r
    <span class="Button-label"><div class="HeaderMenu-toggle-bar rounded my-1"></div>
          <div class="HeaderMenu-toggle-bar rounded my-1"></div>
          <div class="HeaderMenu-toggle-bar rounded my-1"></div></span>
  </span>
</button>
      </div>

      <a class="mr-lg-3 color-fg-inherit flex-order-2 js-prevent-focus-on-mobile-nav"
        href="/"
        aria-label="Homepage"
        data-analytics-event="{&quot;category&quot;:&quot;Marketing nav&quot;,&quot;action&quot;:&quot;click to go to homepage&quot;,&quot;label&quot;:
        <svg height="32" aria-hidden="true" viewBox="0 0 24 24" version="1.1" width="32" data-view-component="true" class="octicon octicon-mark-github"
    <path d="M12.5.75C6.146.75 1 5.896 1 12.25c0 5.089 3.292 9.387 7.863 10.91.575.101.79-.244.79-.546 0-.273-.014-1.178-.014-2.142-2.889.532-3.636-.70
</svg>
      </a>

      <div class="flex-1 flex-order-2 text-right">
          <a
            href="/login?return_to=https%3A%2F%2Fgithub.com%2Freadme"
            class="HeaderMenu-link HeaderMenu-button d-inline-flex d-lg-none flex-order-1 f5 no-underline border color-border-default rounded-2 px-2 py
            data-hydro-click="{&quot;event_type&quot;:&quot;authentication.click&quot;,&quot;payload&quot;:{&quot;location_in_page&quot;:&quot;site hea
            data-analytics-event="{&quot;category&quot;:&quot;Marketing nav&quot;,&quot;action&quot;:&quot;click to Sign in&quot;,&quot;label&quot;:&qu
          >
            Sign in
          </a>
      </div>
    </div>

    <div class="HeaderMenu js-header-menu height-fit position-lg-relative d-lg-flex flex-column flex-auto top-0">
      <div class="HeaderMenu-wrapper d-flex flex-column flex-self-start flex-lg-row flex-auto rounded rounded-lg-0">
          <nav class="HeaderMenu-nav" aria-label="Global">
            <ul class="d-lg-flex list-style-none">
                <li class="HeaderMenu-item position-relative flex-wrap flex-justify-between flex-items-center d-block d-lg-flex flex-lg-nowrap flex-lg-
```

SR only

11

```
<div class="position-relative readme-input-container">
  <svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 24 18" fill="currentColor" aria-hidden="true" class="d-inline-block position-absolute top-0 l

  <input id="readme" type="email" name="email" placeholder="you@company.com" class="readme-input border-top-0 border-left-0 border-right-0 d-block w

  <span class="readme-input-border position-relative width-full d-block color-bg-default z-1"></span>

  <button type="submit" class="readme-focus-on-blue position-absolute top-0 right-0 f3-mktg color-text-white text-uppercase readme-heading--condense
    Subscribe
  </button>
 </div>
</form>
<span aria-live="assertive" class="position-absolute mt-2 text-mono text-uppercase f5-mktg js-newsletter-flash v-hidden">
  Thank you! <span class="sr-only">for subscribing</span>
</span>

        </div>
      </div>
  </div>
</div>

    </div>
  </div>

  </main>

  </div>

             <footer role="contentinfo" class="footer pt-6 position-relative" data-analytics-visible="{&quot;category&quot;:&quot;Footer&quot;,&quot;ac
  <h2 class="sr-only">Site-wide Links</h2>
  <div class="container-xl p-responsive">
    <div class="d-flex flex-wrap py-5 mb-5">
      <section class="col-12 col-lg-4 mb-5">
        <a href="/" data-analytics-event="{&quot;category&quot;:&quot;Footer&quot;,&quot;action&quot;:&quot;go to home&quot;,&quot;label&quot;:&quot;t
          <svg height="30" aria-hidden="true" viewBox="0 0 68 24" version="1.1" width="85" data-view-component="true" class="octicon octicon-logo-gith
    <path d="M27.8 17.908h-.03c.013 0 .022.014.035.017l.01-.002-.016-.015Zm.005.017c-.14.001-.49.073-.861.073-1.17 0-1.575-.536-1.575-1.234v-4.652h2.3
</svg>
        </a>

        <h3 class="h5 mt-4 mb-0" id="subscribe-to-newsletter">Subscribe to our developer newsletter</h3>
        <p class="f5 color-fg-muted mb-3">Get tips, technical guides, and best practices. Twice a month. Right in your inbox.</p>
        <a class="btn-mktg mb-4 btn-muted-mktg" data-analytics-event="{&quot;category&quot;:&quot;Subscribe&quot;,&quot;action&quot;:&quot;click to Su
  Subscribe

</a>

      </section>

      <nav class="col-6 col-sm-3 col-lg-2 mb-6 mb-md-2 pr-3 pr-lg-0 pl-lg-4" aria-labelledby="footer-title-product">
        <h3 class="h5 mb-3 text-mono color-fg-muted text-normal" id="footer-title-product">
          Product
        </h3>

        <ul class="list-style-none color-fg-muted f5">
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;features&quot;,&quot;co
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;enterprise&quot;,&quot;
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;copilot&quot;,&quot;cont
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;security&quot;,&quot;co
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;pricing&quot;,&quot;cont
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;team&quot;,&quot;context
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;resources&quot;,&quot;c
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;roadmap&quot;,&quot;cont
          </li>
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;compare&quot;,&quot;cont
          </li>
        </ul>
      </nav>

      <nav class="col-6 col-sm-3 col-lg-2 mb-6 mb-md-2 pr-3 pr-md-0 pl-md-4" aria-labelledby="footer-title-platform">
        <h3 class="h5 mb-3 text-mono color-fg-muted text-normal" id="footer-title-platform">
          Platform
        </h3>

        <ul class="list-style-none f5">
          <li class="lh-condensed mb-3">
            <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;dev-api&quot;,&quot;cont
          </li>
          <li class="lh-condensed mb-3">
```

sr. only

```
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;partners&quot;,&quot;cor
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;edu&quot;,&quot;context&
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;cli&quot;,&quot;context&
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;desktop&quot;,&quot;cont
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;mobile&quot;,&quot;conte
      </li>
    </ul>
  </nav>

  <nav class="col-6 col-sm-3 col-lg-2 mb-6 mb-md-2 pr-3 pr-md-0 pl-md-4" aria-labelledby="footer-title-support">
    <h3 class="h5 mb-3 text-mono color-fg-muted text-normal" id="footer-title-support">
      Support
    </h3>

    <ul class="list-style-none f5">
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;docs&quot;,&quot;context
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;community&quot;,&quot;cc
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;services&quot;,&quot;cor

      </li>
        <li class="lh-condensed mb-3">
          <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;premium_support&quot;,
        </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;skills&quot;,&quot;conte
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;status&quot;,&quot;conte
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;contact_github&quot;,&qu
      </li>
    </ul>
  </nav>

  <nav class="col-6 col-sm-3 col-lg-2 mb-6 mb-md-2 pr-3 pr-md-0 pl-md-4" aria-labelledby="footer-title-company">
    <h3 class="h5 mb-3 text-mono color-fg-muted text-normal" id="footer-title-company">
      Company
    </h3>

    <ul class="list-style-none f5">
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;about&quot;,&quot;conte>
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;customer_stories&quot;,&
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;blog&quot;,&quot;context
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;readme&quot;,&quot;conte
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;careers&quot;,&quot;cont
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;newsroom&quot;,&quot;cor
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;inclusion&quot;,&quot;cc
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;social_impact&quot;,&quc
      </li>
      <li class="lh-condensed mb-3">
        <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;shop&quot;,&quot;context
      </li>
    </ul>
  </nav>
 </div>
</div>

<div class="color-bg-subtle">
  <div class="container-xl p-responsive f6 py-4 d-md-flex flex-justify-between flex-items-center">
    <nav aria-label="Legal and Resource Links">
      <ul class="list-style-none d-flex flex-wrap color-fg-muted">
        <li class="mr-3">
          &copy; <time datetime="2024">2024</time> GitHub, Inc.
        </li>

        <li class="mr-3">
          <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;terms&quot;,&quot;conte>
        </li>
```

```
        <li class="mr-3">
          <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;privacy&quot;,&quot;cont
          (<a href="https://github.com/github/site-policy/pull/582" class="Link--secondary">Updated <time datetime="2022-08">08/2022</time></a>)
        </li>

        <li class="mr-3">
          <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;sitemap&quot;,&quot;cont
        </li>

        <li class="mr-3">
          <a class="Link--secondary" data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;what_is_git&quot;,&quot;
        </li>

          <li class="mr-3" >
  <cookie-consent-link>
    <button
      type="button"
      class="Link--secondary underline-on-hover border-0 p-0 color-bg-transparent"
      data-action="click:cookie-consent-link#showConsentManagement"
      data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;cookies&quot;,&quot;context&quot;:&quot;subfooter&quot;,&
    >
      Manage cookies
    </button>
  </cookie-consent-link>
</li>

<li class="mr-3">
  <cookie-consent-link>
    <button
      type="button"
      class="Link--secondary underline-on-hover border-0 p-0 color-bg-transparent"
      data-action="click:cookie-consent-link#showConsentManagement"
      data-analytics-event="{&quot;location&quot;:&quot;footer&quot;,&quot;action&quot;:&quot;dont_share_info&quot;,&quot;context&quot;:&quot;subfooter
    >
      Do not share my personal information
    </button>
  </cookie-consent-link>
</li>

        </ul>
      </nav>

      <nav aria-label="GitHub&#39;s Social Media Links" class="mt-3 mt-md-0">

<ul class="list-style-none d-flex flex-items-center lh-condensed-ultra">
    <li class="ml-md-3">
      <a href="https://x.com/github" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&quot;:&quot;Footer&qu
        <svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 1200 1227" fill="currentColor" aria-hidden="true" class="d-block" width="16" height="16">

        <span class="sr-only">GitHub on X</span>
      </a>
    </li>
    <li class="ml-3">
      <a href="https://www.facebook.com/GitHub" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&quot;:&quo
        <svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 15.3 15.4" aria-hidden="true" class="d-block" width="18" height="18"><path d="M14.5 0H.8a

        <span class="sr-only">GitHub on Facebook</span>
      </a>
    </li>
    <li class="ml-3">
      <a href="https://www.linkedin.com/company/github" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&qu
        <svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 19 18" aria-hidden="true" class="d-block" width="19" height="18"><path d="M3.94 2A2 2 0 1

        <span class="sr-only">GitHub on LinkedIn</span>
      </a>
    </li>
    <li class="ml-3">
      <a href="https://www.youtube.com/github" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&quot;:&quot
        <svg xmlns="http://www.w3.org/2000/svg" viewBox="0 0 19.17 13.6" aria-hidden="true" class="d-block" width="23" height="16"><path d="M18.77 2.1

        <span class="sr-only">GitHub on YouTube</span>
      </a>
    </li>
    <li class="ml-3">
      <a href="https://www.twitch.tv/github" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&quot;:&quot;
        <svg xmlns="http://www.w3.org/2000/svg" role="img" viewBox="0 0 24 24" aria-hidden="true" class="d-block" width="18" height="18"><title>Twitch

        <span class="sr-only">GitHub on Twitch</span>
      </a>
    </li>
    <li class="ml-3">
      <a href="https://www.tiktok.com/@github" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&quot;:&quot
        <svg xmlns="http://www.w3.org/2000/svg" role="img" viewBox="0 0 24 24" aria-hidden="true" class="d-block" width="18" height="18"><title>TikTok

        <span class="sr-only">GitHub on TikTok</span>
      </a>
    </li>
    <li class="ml-3">
      <a href="https://github.com/github" class="footer-social-icon d-block Link--outlineOffset" data-analytics-event="{&quot;category&quot;:&quot;Foot
        <svg xmlns="http://www.w3.org/2000/svg" height="20" viewBox="0 0 16 16" width="20" aria-hidden="true" class="d-block"><path fill="currentColor"

        <span class="sr-only">GitHub's organization on GitHub</span>
      </a>
    </li>
</ul>

      </nav>
    </div>
```

SR only
SR only
SR only
SR only
SR only
SR only
SR only

14

A SWORN Statement

8-2-2025

Brian G Holtkamp

Brian G Holtkamp

Plaintiff in Pro Per