# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian G. Holtkamp,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Mozilla Foundation/Mozilla.org,<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:24-cv-01285-JWH-ADSx<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 8/4/2025 | 34 | Plaintiff's Motion to Reopen Case |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been scheduled to **Friday, September 5, 2025** at **9:00 a.m.**
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

Filer shall consult the Notice(s) of Deficiency in Electronically Filed Document and Judge Holcomb's procedures, schedules, and all applicable local rules to correct all deficiencies in future filings.

Law and Motion Schedule:
Civil matters are heard on Fridays at 9:00 a.m.
Criminal matters are heard on Fridays at 2:00 p.m.

Dated: 8/8/2025

By: *[signature]*
U.S. District Judge/John W. Holcomb

G-112B (07/24)   ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT